**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RAMONES PRODUCTIONS, INC., | Case No. 23-cv-03879 |
| Plaintiff, | **Judge Elaine E. Bucklo** |
| v. | **Magistrate Judge Gabriel A. Fuentes** |
| JIANDONGSHANGMAO, et al., | |
| Defendants. | |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Ramones Productions, Inc. ("Plaintiff" or "Ramones") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto(collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

1

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and/or funds from U.S. bank accounts, and, on information and belief, have sold products using counterfeit and infringing versions of Plaintiff's licensed trademarks (the "RAMONES Trademarks") to residents of Illinois. A list of the RAMONES Trademarks is included in the below chart.

| REGISTRATION NUMBER | REGISTERED TRADEMARK | INTERNATIONAL CLASSES |
|---|---|---|
| 4,905,059 | RAMONES | For: Pre-recorded vinyl records, DVDs and CDs featuring music and musical entertainment; downloadable digital sound and video recordings from the Internet recordings featuring music and musical entertainment in class 009.<br><br>For: posters; photographs; decals and stickers in class 016. |
| 3,056,896 | RAMONES | For: T-shirts and hats in class 025. |
| 5,740,021 | BLITZKRIEG BOP | For: T-shirts in class 025. |
| 5,715,769 | HEY HO LET'S GO | For: T-shirts in class 025. |
| 5,740,022 | GABBA GABBA HEY | For: T-shirts in class 025. |
| 5,740,023 | ROCK 'N' ROLL HIGH SCHOOL | For: T-shirts in class 025. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert or participation with them be permanently enjoined and restrained from:

   a. using the RAMONES Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Ramones product or not authorized by Plaintiff to be sold in connection with the RAMONES Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Ramones product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the RAMONES Trademarks;

   c. committing any acts calculated to cause consumers to believe that Defendants' Unauthorized Ramones Products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

d. further infringing the RAMONES Trademarks and damaging Ramones's goowill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the RAMONES Trademarks, or reproductions, counterfeit copies or colorable imitations thereof.

2. Upon Plaintiffs request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart Inc. ("Walmart"), Etsy, Inc. ("Etsy") and DHgate.com Inc. ("DHgate"), (collectively, the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the RAMONES Trademarks.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of two hundred fifty thousand dollars ($250,000) for willful use of counterfeit RAMONES Trademarks in connection with the sale of products through at least Defaulting Defendants' Online Marketplaces.

4. Plaintiff may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Walmart, Wish.com, Etsy, Amazon Pay, and DHgate by e-mail delivery to the e-mail

addresses Plaintiff used to serve the Temporary Restraining Order on the Third Party Providers.

5.  Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Walmart, Wish.com, Etsy, Amazon Pay, and DHgate, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

6.  All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Walmart, Wish.com, Etsy, Amazon Pay, and DHgate, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Walmart, Wish.com, Etsy, Amazon Pay, and DHgate, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

7.  Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Etsy, Amazon Pay, and DHgate in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Etsy, Amazon Pay, and DHgate shall within seven (7) calendar days:

a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Emily Holt, and any e-mail addresses provided for Defaulting Defendants by Third Party Providers;

b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

8. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Emily Holt and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Final Judgment.

DATED: August 9, 2023

_____
Elaine E. Bucklo
United States District Judge

6

**Ramones Productions, Inc., v. Jiandongshangmao et al., - Case No. 23-cv-03879**

# Schedule A

| No | URL | Name / Seller Alias |
|---|---|---|
| | **Defendant Online Marketplaces** | |
| 1 | amazon.com/sp?seller=A5MDA2Q9PHDNE | jiandongshangmao |
| 2 | amazon.com/sp?seller=A37O2EOQH3N2NR | jiawei Art |
| 3 | DISMISSED | DISMISSED |
| 4 | amazon.com/sp?seller=AF9J52KZYQK13 | lailaizhizhifu |
| 5 | amazon.com/sp?seller=A1TDZGJ9ND6FIG | liupingdianpu |
| 6 | amazon.com/sp?seller=ANOUX2KK3Q64A | lizhilnysgtt |
| 7 | DISMISSED | DISMISSED |
| 8 | amazon.com/sp?seller=A2OQ4AXVZPSP5G | Lnjcb znmc |
| 9 | amazon.com/sp?seller=A28NLBMPFHMB9A | loujingbcvbc |
| 10 | amazon.com/sp?seller=A3FQJLGKCL5ATH | MHGJFGYRE |
| 11 | amazon.com/sp?seller=A3HFK9AMWZOALF | mingfa Art |
| 12 | amazon.com/sp?seller=A3J9W7769521TV | mingrong Art |
| 13 | amazon.com/sp?seller=A8W0MHIR29FIW | Multitem |
| 14 | amazon.com/sp?seller=A2PRZFTJUT8L84 | ningxusheng |
| 15 | amazon.com/sp?seller=A5HUQT779154 | Perfect Poster Decoration |
| 16 | DISMISSED | DISMISSED |
| 17 | DISMISSED | DISMISSED |
| 18 | amazon.com/sp?seller=AZJSMEFG82R0X | shanzuoshangmao |
| 19 | DISMISSED | DISMISSED |
| 20 | amazon.com/sp?seller=A2AHS2QCBECHTR | xuweipengxco |
| 21 | amazon.com/sp?seller=A1IKV7BHKJXO7O | yangzonghaiksdj |
| 22 | amazon.com/sp?seller=A3QHUCXZSZ3X58 | yi lin Art Home Decor |
| 23 | amazon.com/sp?seller=A1JCP8DUZ22K2G | yinleihdbgtf |
| 24 | amazon.com/sp?seller=A19WZ74ETHBLAK | zhangbingqiangsww |
| 25 | amazon.com/sp?seller=A3N8BFK4DS9W7X | zhanghuansongytt |
| 26 | amazon.com/sp?seller=A2A5X006YNHXR | zhongyuxue |
| 27 | amazon.com/sp?seller=A1RY8XOVONMJP2 | ZhouHuixiaodian |
| 28 | amazon.com/sp?seller=A25A50OTJRR6OV | zhutianpengsyheg |
| 29 | dhgate.com/store/21819771 | Dzvo |
| 30 | dhgate.com/store/21819805 | Em7w |
| 31 | dhgate.com/store/21810499 | Ethanmary |
| 32 | dhgate.com/store/21635328 | fengyiyi |
| 33 | dhgate.com/store/21634470 | freeurmindad |
| 34 | dhgate.com/store/21818697 | Gesv |

| 35 | dhgate.com/store/21223397 | hiverc |
|---|---|---|
| 36 | dhgate.com/store/21819794 | hpxu |
| 37 | dhgate.com/store/21819799 | Hxkl |
| 38 | dhgate.com/store/21818691 | hzma |
| 39 | dhgate.com/store/21631166 | Jinglianyh |
| 40 | dhgate.com/store/21818568 | Jmac |
| 41 | dhgate.com/store/21635401 | kylelowry |
| 42 | dhgate.com/store/21819795 | L6a1 |
| 43 | dhgate.com/store/21756504 | lang01 |
| 44 | dhgate.com/store/21635325 | maonidayi |
| 45 | dhgate.com/store/21753150 | niao02 |
| 46 | dhgate.com/store/21819788 | Ohyg |
| 47 | dhgate.com/store/21818698 | Rdmc |
| 48 | dhgate.com/store/21630750 | renshenguo |
| 49 | dhgate.com/store/21813589 | right_brands_store |
| 50 | dhgate.com/store/21630757 | shanzha |
| 51 | dhgate.com/store/21810453 | Simonaomi |
| 52 | dhgate.com/store/20987094 | Standbyside |
| 53 | dhgate.com/store/20985109 | sweatcloth |
| 54 | dhgate.com/store/21058646 | swiscafe |
| 55 | dhgate.com/store/21634499 | tuesdayfasy |
| 56 | dhgate.com/store/21729826 | tuo01 |
| 57 | dhgate.com/store/21818721 | v2vt |
| 58 | dhgate.com/store/21819832 | wjtx |
| 59 | dhgate.com/store/21817846 | wyxd |
| 60 | dhgate.com/store/20255456 | xaviere |
| 61 | dhgate.com/store/21631225 | xianbeilo |
| 62 | dhgate.com/store/21224041 | yufuzuo |
| 63 | dhgate.com/store/21634836 | Yunini |
| 64 | dhgate.com/store/21818699 | Z3kk |
| 65 | dhgate.com/store/21819672 | Z9tw |
| 66 | dhgate.com/store/21582594 | zdaqian |
| 67 | dhgate.com/store/21755277 | zhao01 |
| 68 | dhgate.com/store/21755287 | zhao03 |
| 69 | DISMISSED | DISMISSED |
| 70 | walmart.com/seller/101261853 | DZXJMYYXGS |
| 71 | walmart.com/seller/101335510 | Xiamen Adeshun Trade Co., Ltd |
| 72 | walmart.com/seller/101343104 | YANSHOP |
| 73 | walmart.com/seller/101344086 | ziyanxunmaoyi |
| 74 | wish.com/merchant/58994d20281e284f4807db31 | 2011 fashion clothes |
| 75 | wish.com/merchant/5e79b719156f9c48d8b | aabardsleyovoykjl |

| | | |
|---|---|---|
| | d516b | |
| 76 | wish.com/merchant/5e815d19bd057b5dc4d6c225 | AAbvbnvb |
| 77 | wish.com/merchant/5e7affeec8cb150f2af4ec51 | aadecvv |
| 78 | wish.com/merchant/5e7c4b881b30bd032c479c02 | aafavre |
| 79 | wish.com/merchant/5e817b09a75829da407e8c7b | AAffdttf |
| 80 | wish.com/merchant/5e7d57d5841bb5258093778a | aaskarixraxda |
| 81 | wish.com/merchant/5e7d4babdb6a6a1c7a25d6ec | aathreg |
| 82 | wish.com/merchant/5e7d5d64355e4e0302d360e2 | aatruob |
| 83 | wish.com/merchant/5e815e6c29e7863facab6739 | AAxdddf |
| 84 | wish.com/merchant/5e8168a2e979f97d52a606a9 | AAzxcvcf |
| 85 | wish.com/merchant/5e81884e93fb001c40cfc958 | ABghybhh |
| 86 | wish.com/merchant/5e8191bf57bb586080529f55 | ABppopo |
| 87 | wish.com/merchant/5e670fbcbd473e3ef4b97ea3 | adafgq |
| 88 | wish.com/merchant/60890803f6b2b7189faf5a43 | ahjdkahywjwujsjdc |
| 89 | wish.com/merchant/6087d797ee65ee240281aef4 | ajdkahwdkhwkjhakjdqj |
| 90 | wish.com/merchant/5f92aae8776f091aa6a6ed40 | alechaag3335 |
| 91 | wish.com/merchant/5e7ae8c4bfd7852e403cb0e4 | amachucajlxekez |
| 92 | wish.com/merchant/5845379a330f3a4d56d00bdf | Amitata |
| 93 | wish.com/merchant/580cc7c0a69d9d19bb42fbe2 | Angela Boss |
| 94 | wish.com/merchant/5e9aa762a677773c47eb4cf4 | anmin123 |
| 95 | wish.com/merchant/5d58b4a840defd4b03aca491 | asfjmfdsfsdf |
| 96 | wish.com/merchant/5e829f08bf38bb4050770360 | ASvbnbnh |

9

| | | |
|---|---|---|
| 97 | wish.com/merchant/5f535d1a9f843fc8bceaa32d | Audra Stephens |
| 98 | wish.com/merchant/5a9510cf6be87302fadeca13 | Baaah |
| 99 | wish.com/merchant/5e8c3f6b39b090e3416efdde | Barbara Booth |
| 100 | wish.com/merchant/5e7ae0b229e7864dafbcec4b | bdqadf |
| 101 | wish.com/merchant/60517fe55e3c3c2f96c77987 | beixiuqin63922 |
| 102 | wish.com/merchant/5e66077429e7862b2c05c9a3 | bhrdjh |
| 103 | wish.com/merchant/5f5381c7ac5f56ae647d574e | Brandon Jackson |
| 104 | wish.com/merchant/5e9af02ada2ff2d4b242b94b | Breanne Downingi |
| 105 | wish.com/merchant/5e68b52ef2699a8486c3cc5c | bsdfj |
| 106 | wish.com/merchant/5e7b217b128ea12ccf06ea28 | bsdgjt |
| 107 | wish.com/merchant/5e635f65b24fc956bf6c2137 | bvnyfbd |
| 108 | wish.com/merchant/5e92819b6dc9792f14160e75 | c6c6c6 |
| 109 | wish.com/merchant/5e8446c2051b5eb75b6ee5bc | caofengying |
| 110 | wish.com/merchant/5ffe894dfa94150810b97b77 | caoxiaokuan |
| 111 | wish.com/merchant/5e82b1687a55584604fcc8ed | CCddsss |
| 112 | wish.com/merchant/5e82a9eb2a41b28e5923fad2 | CChghghy |
| 113 | wish.com/merchant/58bfa148e237b93f9ac42ef9 | chen xi man store |
| 114 | wish.com/merchant/5f1657f677c06ea554fe7535 | chendongmei1229 |
| 115 | wish.com/merchant/59748af654617374e401c956 | chenying88618 |
| 116 | wish.com/merchant/5e95cd2e3b55ac6c92197b4d | ChizichipaivQm |
| 117 | wish.com/merchant/5fb23b782cf5bf342ef839c4 | chupeng0372 |
| 118 | wish.com/merchant/5e830cafa7063c230847 | ciaraglea |

| | | |
|---|---|---|
| | 17ca | |
| 119 | wish.com/merchant/5f06d5057641f6f79e51 8044 | ciwyhxapw |
| 120 | wish.com/merchant/5d53cd0c152754327f80 677f | currywin18 |
| 121 | wish.com/merchant/5e97283d9a86d433d0c b44b7 | d4f5f5 |
| 122 | wish.com/merchant/5e819d2ff3f2c69101d3 01e2 | ddmacar |
| 123 | wish.com/merchant/5e81a09d29e786264ca b6584 | ddsolle |
| 124 | wish.com/merchant/5e75af4d29e7860d405 6692c | Deihl6151 |
| 125 | wish.com/merchant/54194cab82b9ac5e187 6fc1b | dengjie fashion |
| 126 | wish.com/merchant/5eb0072f2adba5deb5e 8eab5 | Dhcgfgfhfhvhvhfjhvbv |
| 127 | wish.com/merchant/5e969eee058b712c00e dcf01 | dingfan123 |
| 128 | wish.com/merchant/5e95443729e7864e842 e2e0b | DousoupinggJ |
| 129 | wish.com/merchant/5e69c71618864449cac7 7798 | dtrbyse |
| 130 | wish.com/merchant/5e8a99e3355fe5fe807f 17a5 | edsffs |
| 131 | wish.com/merchant/5f5c7979a2deaefecea2 2f82 | erdfefg |
| 132 | wish.com/merchant/56e4d11f291c78585ff4 2c95 | Eric8099 |
| 133 | wish.com/merchant/5e9b01b4f5b57c3b341 18fdc | Erin Coylei |
| 134 | wish.com/merchant/5eaa605fd4ae34726125 daf9 | fanmudan662961 |
| 135 | wish.com/merchant/5e8d767b54e2aaeb808 a4fe0 | fbafeifei18886 |
| 136 | wish.com/merchant/5e699bb8d8fefc29fc61 b802 | fbsgbh |
| 137 | wish.com/merchant/5e688ee7f2699a60d8c3 cc75 | fdsgfgh |
| 138 | wish.com/merchant/5e452b93ddbcbe799cb 3e87d | Fenghua Wellyou Sing Noledge |
| 139 | wish.com/merchant/5fffe22145bd7a04a8d1 e52a | fengqiao |

| | | |
|---|---|---|
| 140 | wish.com/merchant/5e9b0e16da2ff200904362aa | FFFEE6E6 |
| 141 | wish.com/merchant/5e65a8c32fdc77e77fe15d84 | fthbes |
| 142 | wish.com/merchant/5e68a384552c941b018cb94b | fwqrfdg |
| 143 | wish.com/merchant/5e92709529e78658c0864aa2 | g6g6g8g |
| 144 | wish.com/merchant/5e97228229e7867d9e3befa7 | g6ggh889 |
| 145 | wish.com/merchant/600bd261955033669855d564 | Galgaliel |
| 146 | wish.com/merchant/5dda112775cf5436a5b627e5 | gaoshujuan1234 |
| 147 | wish.com/merchant/5e80201fa7582942967ab1fb | gaozhgcai6318 |
| 148 | wish.com/merchant/5e8c34075e8537d0a826eac2 | Garrett Bollinger |
| 149 | wish.com/merchant/5daaa6b5f1e3eb02409202b3 | Gee Boom |
| 150 | wish.com/merchant/542213f7f8abc81976b6b041 | geyou fashion |
| 151 | wish.com/merchant/5ed279cfca29c4f2a38cd755 | GLADYS DAVY |
| 152 | wish.com/merchant/5f5371c458c96e9ab4c2203f | Gregory J. Loveridge |
| 153 | wish.com/merchant/5e68a1ca9145ad72c2972f08 | gsdsa |
| 154 | wish.com/merchant/54198bbb7541ce28e2c2f05b | guohaijuan fashion |
| 155 | wish.com/merchant/5e7b427d7b588247d7009a5f | gxdrw |
| 156 | wish.com/merchant/6087aec033c1620b0192197d | hadjagddqhjdgqshy |
| 157 | wish.com/merchant/5421902182b9ac68e2dfe72b | handandan fashion |
| 158 | wish.com/merchant/5f64280dd7455c003e88a775 | hanfangfang Store |
| 159 | wish.com/merchant/5e8d4b6e7a1725c83c6690f1 | hehao65399405 |
| 160 | wish.com/merchant/54183e377541ce70a0afb200 | hejian fashion |
| 161 | wish.com/merchant/5e95a58d29e78663159 | hekai1224 |

| | | |
|---|---|---|
| | c301a | |
| 162 | wish.com/merchant/5f83d0578139efc8ac891a07 | helin Store |
| 163 | wish.com/merchant/5e7af0c1c8cb150042f4ef00 | heyanli1028 |
| 164 | wish.com/merchant/5e8d538629e7861b64e40469 | hezusong5588 |
| 165 | wish.com/merchant/5e689cabc6a6e66e71be7918 | hgfjsa |
| 166 | wish.com/merchant/5b28ba8e7b94e12e5aaf06b3 | Hong Xie Home |
| 167 | wish.com/merchant/5e6b2fc4bfd8770999bf9223 | houliangyan66058 |
| 168 | wish.com/merchant/5e9c00607000cb2dc0b88b21 | Huang Yunfu370 |
| 169 | wish.com/merchant/5e70bf8f29e786346e97949f | Humengmeng25536 |
| 170 | wish.com/merchant/5de480bf5d9792044beefe2a | hurongfang123 |
| 171 | wish.com/merchant/5e85de1d338f472932a2a42e | hushuhuan1114 |
| 172 | wish.com/merchant/5e858c4450035d89291d56dc | huxiaolong723 |
| 173 | wish.com/merchant/5b67c82708596d3b9357ee1b | huyipingping |
| 174 | wish.com/merchant/5defa3d463cc4a12e9b5595c | Iirisshop |
| 175 | wish.com/merchant/54204b944ad3ab654d9b59e6 | immbgf shopping |
| 176 | wish.com/merchant/5f5382c1357093b07642be82 | Jennifer Spencer66 |
| 177 | wish.com/merchant/5f535a5d8b2c34a787415a81 | Jesse Broadwater |
| 178 | wish.com/merchant/54150799f8abc8797a772c3c | jianlinsong wholeshop |
| 179 | wish.com/merchant/61c6ba1959d823b2f7b91071 | jiaxinzhong8924 |
| 180 | wish.com/merchant/5e9b0cea7000cbf49db5e2e0 | JJYYUU66 |
| 181 | wish.com/merchant/5e97cb5efeee1d14b781a25c | john bresnan |
| 182 | wish.com/merchant/5e8fef4e1180943dcacbfe8f | Jordan Valdez |

| | | |
|---|---|---|
| 183 | wish.com/merchant/5e97ca8f29e7867c80e80821 | Josephine Taranto |
| 184 | wish.com/merchant/5f5357bd5a02ceea34a53d7f | Joshua Clark |
| 185 | wish.com/merchant/5e685f2c2fb13f3c440a9551 | jyhghhr |
| 186 | wish.com/merchant/5e687b3618426d5072b9b9f4 | jywagik |
| 187 | wish.com/merchant/5e91e576646cd4c332988b1c | K8K8K8 |
| 188 | wish.com/merchant/5e65f8da2724a8215ddc4996 | kdjifjeijse |
| 189 | wish.com/merchant/5f6073f614143b5080742680 | klvrchwxb |
| 190 | wish.com/merchant/5fc45a643f990c1240119658 | kongfei1119 |
| 191 | wish.com/merchant/5dd9147ebcf24812d988cff6 | leihailing123 |
| 192 | wish.com/merchant/5eaecd80e3e3ac9a69f28eb2 | leylanhickman61385709 |
| 193 | wish.com/merchant/5e7b0348511ae20407b7b3d7 | lghigr |
| 194 | wish.com/merchant/5f890e53929434074d3b2958 | lichangfen Store |
| 195 | wish.com/merchant/607fce74729e094685d77935 | liming2687 |
| 196 | wish.com/merchant/5ad1a41681260b3f900c6b37 | liqingngka9607 |
| 197 | wish.com/merchant/5e85ab8729e78648772d404b | liujiajia456789 |
| 198 | wish.com/merchant/5eafaaf3965895004186b667 | liujiazheng0616 |
| 199 | wish.com/merchant/5e9674dd058b710d67edc642 | liulei8889 |
| 200 | wish.com/merchant/61b01889a48a505d94a255f7 | liushaoshao1341 |
| 201 | wish.com/merchant/5ee46582c787d317bafd6c7e | liushuanglingj |

14